# EXHIBIT F

| | |
|---|---|
| **From:** | Nick Konat |
| **To:** | Beaman, Buddy; Andrew Scriven |
| **Cc:** | Brandon Lombardi; Curtis Valentine |
| **Subject:** | Sprouts / Harvest |
| **Date:** | Tuesday, February 18, 2025 4:00:25 PM |
| **Attachments:** | image001.png |

**This message is from an EXTERNAL SENDER - be CAUTIOUS, particularly with links and attachments.**

Buddy and Andrew –

You should have received a letter from Sprouts' counsel.  We're going to decline our meeting.

If there is inventory remaining in your DCs that you'd like to discuss a different arrangement for us acquire at a lower cost, let us know.

Nick


**Nick Konat** | President & Chief Operating Officer

5455 E. High Street, Suite 111
Phoenix, Arizona 85054
P: 480-814-8016 | C: 480-322-7917

**SPROUTS FARMERS MARKET**

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, contact the sender by reply email immediately and destroy all copies of the original message.